IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA** *ex rel.*
**JERRY DODD**                                                                 **PLAINTIFFS**

vs.                            No. 4:19-cv-132-KGB

**BEI PRECISION SYSTEMS & SPACE**
**COMPANY, INC. and J.F. LEHMAN &**
**COMPANY**                                                                   **DEFENDANTS**

### RESPONSE TO ECF NO. 16 and UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Jerry Dodd, by and through his attorneys Daniel Ford and Josh Sanford of Sanford Law Firm, PLLC, and for his Response to ECF No. 16 and Unopposed Motion for Voluntary Dismissal Without Prejudice, states and alleges as follows:

1. On October 1, 2020, following the Government's Notice of Declination, this Court unsealed the case. *See* ECF No. 15.

2. On June 15, this Court ordered Plaintiff to provide a status update. *See* ECF No. 16.

3. It is Plaintiff's desire to voluntarily dismiss this case.

4. Under Fed. R. Civ. Pro. 41, Plaintiff should be allowed to voluntarily dismiss his claims without prejudice.

5. Defendants have not been served with the lawsuit, but Plaintiff has

conferred with counsel for the United States of America, and they do not oppose this dismissal.

6.      Accordingly, the lawsuit should be dismissed without prejudice as to the United States of America as well.

WHEREFORE, the Plaintiff respectfully requests that this Court dismiss Plaintiff's Complaint without prejudice and for all good and proper relief to which he may be entitled, whether or not specifically requested herein.

Respectfully submitted,

**PLAINTIFF JERRY DODD**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Center Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com